MATTHEW J. DOUGLAS
Nevada Bar No. 11371
ZACHARY CLAYTON
WINNER & SHERROD
1117 S. Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
mdouglas@winnerfirm.com
zclayton@winnerfirm,com

Attorneys for Defendant *GEICO General Insurance Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALFREDO CASTELLANOS,<br><br>    Plaintiff,<br><br>VS.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>    Defendant. | CASE NO.:  2:19-cv-00602-JCM-VCF<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between Bruce Tingey and Justin L. Dewey, attorney for the Plaintiff, ALFREDO CASTELLANOS, and Matthew J Douglas and Zachary Clayton, attorneys for Defendant, GEICO GENERAL INSURANCE COMPANY that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

　　　　IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

…

…

…

…

…

Page 1 of 3

1274323.docx

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 10th day of September, 2020.

        WINNER & SHERROD

        MATTHEW J. DOUGLAS
        Nevada Bar No. 11371
        ZACHARY CLAYTON
        Nevada Bar No. 13464
        1117 South Rancho Drive
        Las Vegas, Nevada 89102
        *Attorneys for Defendant*

DATED September 18, 2020.

        TINGEY INJURY LAW FIRM

        BRUCE D. TINGEY
        Nevada Bar No. 5151
        JUSTIN L. DEWEY
        Nevada Bar No. 14508
        2001 W Charleston Blvd.
        Las Vegas, Nevada 89102
        *Attorneys for Plaintiff*

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this _____ day of _____, 2020.

WINNER & SHERROD

_____
MATTHEW J. DOUGLAS
Nevada Bar No. 11371
ZACHARY CLAYTON
Nevada Bar No. 13464
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant*

DATED this 28th day of August, 2020.

TINGEY INJURY LAW FIRM

_____
BRUCE D. TINGEY
Nevada Bar No. 5151
JUSTIN L. DEWEY
Nevada Bar No. 14508
2001 W Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

*Castellanos v. Geico*
Case No. 2:19-cv-00602-JCM-VCF

**ORDER**

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this _____ day of _____ 2020.

_____
DISTRICT JUDGE

Submitted by:

WINNER & SHERROD, LTD.

_____
MATTHEW J. DOUGLAS
Nevada Bar No. 11371
ZACHARY CLAYTON
Nevada Bar No. 13464
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant*